United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Z.H., et al.,

          Plaintiffs,

   v.

CHART INC.,

          Defendant.

Case No. 20-cv-05107-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Corley for consideration of whether the case is related to *In re Pacific Fertility Litigation*, Case No. 18-cv-01586 JSC.

**IT IS SO ORDERED**.

Dated: July 29, 2020

_____
SALLIE KIM
United States Magistrate Judge